JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NVANOWE, LLC, et al., <br><br> Defendants. | Case No: 2:25-cv-00498-MWF(PVCx) <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** <br><br> [Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

The Court has considered the parties' Joint Stipulation for Dismissal with Prejudice. (Docket No. 21). For good cause shown, the Court DISMISSES with prejudice all Defendants from Plaintiffs' Complaint and Plaintiffs' complaint in its entirety. Each of the parties herein shall bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 18, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge